IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
JOHNSTOWN DIVISION

| | | |
|---|---|---|
| KEVIN WILSON, | ) | |
| | ) | Civil Action No.: |
| | ) | 3:24-CV-00183-CBB |
| Plaintiff, | ) | |
| | ) | Christopher B. Brown |
| vs. | ) | United States Magistrate Judge |
| | ) | |
| C.O.  GALLAHER, PAUL ENGLISH, | ) | |
| RONALD MOONEY, DR. LAUREL R. | ) | |
| HARRY, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ON MOTION TO DISMISS ECF No. 29

AND NOW, this 25th day of November, 2025,

Upon consideration of Corrections Defendants' motion to dismiss ECF No. 29, it is hereby **ORDERED** that said motion is **granted in part and denied in part** as follows:

Corrections Defendants' motion is granted with respect to Wilson's municipal liability claim (Count IV), "cruel and unusual punishment" claim (Count V), and equal protection claim (Count VI) which are dismissed with prejudice.  Likewise, Sec. Harry is dismissed from this action.  Corrections Defendants' motion is denied in all other respects.  The following claims remain against Officer Gallaher, Cpt. Mooney and Lt. English only:

(1) A First Amendment retaliation and related conspiracy claims under 42

U.S.C. § 1983 (Count I);

1

(2) A First Amendment access to courts claims under 42 U.S.C. § 1983 (Count

II); and

(3) A conversion claim under Pennsylvania law for destroying Wilson's

personal property (Count III).

**IT IS FURTHER ORDERED** that Corrections Defendants shall file an

answer by **December 9, 2025**.

BY THE COURT:


s/Christopher B. Brown
United States Magistrate Judge